# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO LANDEROS, | CASE NO. 1:10-cv-01072-DLB PC |
| Plaintiff, | ORDER VACATING ORDER GRANTING IN FORMA PAUPERIS STATUS AS PREMATURE |
| v. | |
| J. METTS, | (Doc. 4) |
| Defendant. | |

On June 16, 2010, the Court issued an order granting Plaintiff's motion to proceed in forma pauperis. While the Court will be granting Plaintiff's motion, the June 16, 2010 order was issued prematurely. Accordingly, it is HEREBY ORDERED that the Court's order granting in forma pauperis status, filed June 16, 2010, is VACATED as premature.

IT IS SO ORDERED.

Dated:   **June 17, 2010**              **/s/ Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE

1